# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| McCandless Land & Cattle Co. v. Kealohapauole | 28292 | 11/09/2011 | Vacated, Affirmed and Remanded |
| WR, In re | CAAP–11–0000118 | 11/10/2011 | Vacated and Remanded |
| Russell v. Pavao | CAAP–10–0000122 | 11/18/2011 | Vacated and Remanded |
| State v. Bailey | 29588 | 11/18/2011 | Affirmed |
| O'Gorek v. Hawaii Public Employees Health Fund | 28248 | 11/23/2011 | Affirmed |